IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3166 |
| | ) | |
| v. | ) | |
| | ) | |
| ALFREDO MORALES, JR. | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On June 30, 2009, the defendant appeared through counsel on a motion for reduction of sentence filed by the plaintiff, pursuant to Rule 35 of the Federal Rules of Criminal Procedure (Filing No. 62).  After considering the comments of the parties and after evaluating the assistance provided by the defendant, the Court finds that the government's motion for reduction of sentence should be granted.  Accordingly,

IT IS ORDERED:

1)  The government's motion for reduction of sentence is granted.

2)  Defendant shall be committed to the custody of the Bureau of Prisons for a term of sixty (60) months on Count I of the Superseding Indictment, and a term of thirty-six (36) months on Count V of the Superseding Indictment.  Said terms of imprisonment shall run consecutively.  Defendant is to be given credit for time previously served under the previous Second Amended Judgment and Committal Order dated January 5, 2005, which was signed and filed on January 5, 2005 (Filing No. 59).

3)  All other terms and conditions of the Second Amended Judgment and Committal Order dated January 5, 2005, remain in full force and effect.

4)   That the transcript of the Rule 35 hearing of June 30, 2009, be sealed.

DATED this 7th day of July, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____

LYLE E. STROM, Senior Judge
United States District Court

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, 200__.


_____
_____
Signature of Defendant


## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 200__ to _____, with a certified copy of this judgment.


_____
_____
UNITED STATES WARDEN


By: _____


**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**


## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 200___.


_____
_____
UNITED STATES WARDEN


By: _____